WILLIAM E. MOWBRAY, Appellant, *v.* HARRIET DE FOREST, as Ancillary Executrix of WILLIAM H. DE FOREST, JR., Deceased, Respondent.

(Submitted March 28, 1910; decided April 5, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 603.)

---

CAESAR MISCH, INCORPORATION, Respondent, *v.* JULIUS E. MOSHEIM, Appellant.

*Misch* v. *Mosheim*, 131 App. Div. 898, affirmed.
(Submitted March 4, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on contract.

*Franklin Bien* for appellant.

*Joseph Carlisle Kadane* and *Arthur Furber* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.